UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Keleta R. Day and Travis Robinson, | File No. 25-cv-759 (ECT/JFD) |
| Plaintiffs, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Deanae, Dundae W. (Dunnve), and Deadae, | |
| Defendants. | |

---

Magistrate Judge John F. Docherty issued a Report and Recommendation[1] on March 31, 2025. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**; and

2. This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 15, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court

---

[1] Though titled "Order," Judge Docherty clearly intended the document to be a Report and Recommendation. *See* ECF No. 4.